946 A.2d 1025

IN THE MATTER OF PATRICIA WESTON–
RIVERA, AN ATTORNEY AT LAW.

May 6, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–335, concluding that **PATRICIA WESTON–RIVERA** of **MAPLEWOOD,** who was admitted to the bar of this State in 1979, should be reprimanded for violating *RPC* 1.15(a) (negligent misappropriation), *RPC* 1.5(a) (unreasonable fee), and *RPC* 1.15(d) and *Rule* 1:21–6 (recordkeeping deficiencies);

And the Court having determined from its review of the matter that an admonition is the appropriate quantum of discipline for respondent's unethical conduct;

And good cause appearing;

It is ORDERED that **PATRICIA WESTON–RIVERA** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.